CORTLANDT R. TURNEY, PLAINTIFF-PETITIONER, v. DINANDA HANSEN TURNEY NOONEY, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 74 *A*. *2d* 356.

*Mr. Cortlandt R. Turney, in propria personam,* for the petitioner.

*Messrs. McCarter, English & Studer* for the respondent.

December 3, 1951.  Denied.

MORRIS SOKOL, PLAINTIFF-PETITIONER, v. MILTON J. LIEBSTEIN, TRADING AS UNITED RUBBER MACHINERY EXCHANGE, DEFENDANT-RESPONDENT.

See same case below: 14 *N. J. Super.* 373.

*Mr. Ira D. Dorian* for the petitioner.

*Messrs. Mayer & Mayer* for the respondent.

December 3, 1951.  Granted.